**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Civil Action Number: 1:17-cv-21478-MGC

ANDRES GOMEZ,

    Plaintiff,

v.

BRIDGESTONE RETAIL OPERATIONS, LLC
d/b/a Tires Plus, and www.tiresplus.com,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Andres Gomez, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement in principal and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

Respectfully submitted on this 21st day of August, 2017.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed in the U.S. Court's CM/ECF system and as such, an electronic copy was sent to:

Christine Fuqua Gay, Esq.
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, Florida 33131
E-mail: christine.gay@hklaw.com

*s/ Scott R. Dinin*