UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 1:17-cv-21478-MGC

ANDRES GOMEZ,

    Plaintiff,

v.

BRIDGESTONE RETAIL OPERATIONS, LLC
d/b/a Tires Plus, and www.tiresplus.com,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsels that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 19th day of September, 2017.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Christine Fuqua Gay* |
| Scott R. Dinin, Esq. | Christine Fuqua Gay, Esq. |
| SCOTT R. DININ, P.A. | HOLLAND & KNIGHT LLP |
| 4200 NW 7th Avenue | 701 Brickell Ave., Suite 3300 |
| Miami, Florida 33127 | Miami, Florida 33131 |
| Tel: (786) 431-1333 | Tel: (305) 789-7447 |
| Fax: (786) 513-7700 | E-mail: christine.gay@hklaw.com |
| E-mail: inbox@dininlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

1