UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21478-Civ-COOKE/GOODMAN

ANDRES GOMEZ,

    Plaintiff,

vs.

BRIDGESTONE RETAIL OPERATIONS,
LLC doing business as www.tiresplus.com
and Tires Plus,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own attorneys' fees and costs. *See* Joint Stipulation of Dismissal with Prejudice, ECF No. 26. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers at Miami, Florida, this 6th day of October 2017.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*